IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

_____ )
Henry Allen Jones             )
            Plaintiff(s),         )
vs.                               )
                                  )
                                  )   CASE NO. 3AN- 0C-6351 CI
_____ )
Cole Bishop Corporation       )   SUMMONS AND
            Defendant(s).         )   NOTICE TO BOTH PARTIES
_____ )   OF JUDICIAL ASSIGNMENT

To Defendant: Cole Bishop Corporation

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) _____, whose address is: _____

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge _____
    and Master _____.

[ ] This case has been assigned to District Court Judge _____

                                         CLERK OF COURT

_____                    By: _____
       Date                                  Deputy Clerk

I certify that on _____ a copy of this Summons was   [ ] mailed   [✓] given to
[ ] plaintiff   [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)                          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARY ALICE JONES, )
                              Plaintiff, )
                              vs. )
COSTCO WHOLESALE CORPORATION, )
                              Defendant. )
                              ) Case No.: 3AN-08-_____ CI

COPY
Original Received
APR 02 2008
Clerk of the Trial Courts

## COMPLAINT

COMES NOW the plaintiff, Mary Alice Jones, by and through her attorneys, PENTLARGE LAW GROUP, and for her Complaint against the defendant, states and alleges as follows:

1. That Plaintiff is a resident of the State of Alaska and was at all times pertinent hereto.

2. That upon information and belief defendant, Defendant Costco Wholesale Corporation is a duly licensed corporation doing business within the State of Alaska, Third Judicial District, at all times pertinent hereto. Also upon information and belief, said defendant owns the building at 4125 DeBarr Road, where plaintiff was injured.

3. On or about November 24, 2007, while walking from her vehicle to the entryway of Costco, a Costco employee negligently allowed a number of shopping carts to strike Plaintiff, pinning Plaintiff between a trash container and the carts. Plaintiff sustained serious injuries to her knees, ankles, back, and had contusions as well as blood clots arising from the injuries.

COMPLAINT
Jones v. Costco, Case No. 3AN-08-_____-CI
Page 1 of 2

PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 500
ANCHORAGE, ALASKA 99503
(907) 276-1919  276-5000 (FAX)

4. Plaintiff's accident and injuries were the direct and proximate result of defendant's negligence in not properly maintaining the parking lots and entryways and to provide safe passage for plaintiff as she entered the store.

5. As a result of the above-referenced accident, plaintiff suffered damages, including but not limited to medical expenses, pain and suffering, loss of income, loss of enjoyment of life, and other damages all in an amount in excess of $100,000, the exact amount to be proven at trial.

WHEREFORE, having stated her Complaint, plaintiff prays for judgment against the defendants as follows:

1. Compensatory damages in an amount in excess of $100,000, the exact sum to be proven at trial;

2. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

3. For plaintiff's costs and attorneys' fees incurred in pursuing this action; and

4. For such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 21 day of March, 2008.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

Robert Jurasek
Alaska Bar No. 9111071

COMPLAINT
Jones v. Costco, Case No. 3AN-08-_____-CI
Page 2 of 2