IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARY ALICE JONES | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COSTCO WHOLESALE CORPORATION, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3AN-08-6351 CI |

**AFFIDAVIT OF SERVICE**

STATE OF ALASKA ) 
) ss: 
THIRD JUDICIAL DISTRICT )

    I, Joyce A. Ekstrand, being duly sworn upon oath, deposes and states:

    1. I am employed by the firm of Holmes Weddle & Barcott, P.C.

    2. On the 21st day of April, 2008, I served a true and correct copy of the Notice of Removal (originally filed in the US District Court) on the Superior Court, Third Judicial District at Anchorage, Alaska.

    DATED this 21st day of April, 2008.

                                               _/s/ Joyce A. Ekstrand_
                                             Joyce A. Ekstrand

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

SUBSCRIBED AND SWORN to before me this 21st day of April, 2008.

_____
Notary Public in and for the
State of Alaska
My Commission expires: 3-15-09

I hereby certify that a true and
correct copy of the foregoing was
served via mail this 21st day
of April, 2008 on:

Robert Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Ste 550
Anchorage, AK 99503

_____
Kathy Buesseler

X:\827\16594\JonesAffidavitofService.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

*Jones v. Costco Wholesale*
Affidavit of Service

Case No.: 08-6351 CI
Page 2

Exhibit B Page 2 of 7

Case 3:08-cv-00091-TMB   Document 1-3   Filed 04/21/08   Page 2 of 7

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MARY ALICE JONES | ) |
|             Plaintiff, | ) |
| v. | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
|             Defendant. | ) Case No. 3AN-08-6351 CI |

STATEMENT OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, on April 21, 2008, notice of removal of the above-entitled matter from the Superior Court for the State of Alaska, Third Judicial District, at Anchorage, was filed in the United States District Court for the District of Alaska. A copy of the Notice of Removal is attached for filing in the Superior Court.

DATED this 21st day of April 2008, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant,

By: /s/ Randall J. Weddle
Randall J. Weddle
ABA No. 7206034

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via mail this 21st day of April 2008 on:

Robert Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Ste 550
Anchorage, AK 99503

_____
Brian Fontaine

X:\827\16594\JonesStateCTRemoval.041808.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY ALICE JONES<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) USDC No. 3:08-_____-_____ |

NOTICE OF REMOVAL

Defendant Costco Wholesale Corporation hereby provides notice of removal of this action from the Superior Court for the State of Alaska, Third Judicial District of Alaska, pursuant to 28 U.S.C. §§1332, 1441 and 1446. In support of this notice, defendant assert:

1. Costco Wholesale Corporation is a defendant in a civil action commenced in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, entitled <u>Mary Alice Jones v. Costco Wholesale Corporation</u>, Case No. 3AN-08-6351 CI. This is a complaint for damages in connection with an alleged incident on November 24, 2007, and

Jones v. Costco Wholesale Corp.                USDC Case No. 3:08-_____
NOTICE OF REMOVAL
X:\827\16594\JonesUSDCNtcRemoval.041808    Exhibit B Page 5 of 7  Page 1

Case 3:08-cv-00091-TMB   Document 1-3   Filed 04/21/08   Page 5 of 7

was filed in the Superior Court on March 31, 2008. Copies of pertinent process and pleadings served upon defendant are attached hereto as Exhibit A.

2. This notice is timely under 28 U.S.C. §1446 in that it is made within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based. Costco Wholesale Corporation received a copy of the initial pleading on January 17, 2006.

3. Upon information and belief, plaintiff is a citizen of the State of Alaska.

4. At the time that the plaintiff instituted this suit, defendant Costco Wholesale Corporation is a citizen of the State of Washington, in that it is a corporation organized under the laws of the State of Washington.

5. There is complete diversity of citizenship among the parties.

6. The amount in controversy exceeds $75,000 exclusive of interest, costs, and attorney's fees, according to allegations in plaintiff's complaint.

7. Defendant has served a copy of this notice of removal on the adverse party and has served a statement of filing of notice of removal on the Superior Court for the

Jones v. Costco Wholesale Corp.
NOTICE OF REMOVAL
X:\827\16594\JonesUSDCNtcRemoval.041808

USDC Case No. 3:08-_____

Exhibit B Page 6 of 7

Page 2

Case 3:08-cv-00091-TMB   Document 1-3   Filed 04/21/08   Page 6 of 7

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

State of Alaska, Third Judicial District at Anchorage, attached as Exhibit B.

      8. The service list for this action is attached as Exhibit C.

      DATED this 21st day of April 2008, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant

By: s/ Randall J. Weddle
Randall J. Weddle
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Rweddle@anc.hwb-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Ste 550
Anchorage, AK 99503

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Randall J. Weddle
Randall J. Weddle

Jones v. Costco Wholesale Corp.  USDC Case No. 3:08-____
NOTICE OF REMOVAL
X:\827\16594\JonesUSDCNtcRemoval_041808    Page 3

Case 3:08-cv-00091-TMB    Document 1-3    Filed 04/21/08    Page 7 of 7