# SERVICE LIST

**Attorney:**
Robert Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Ste 550
Anchorage, AK 99503
*phone: 907-276-1919*

**Representing Plaintiff**

**Attorney:**
Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501-3408
*phone: 907-274-0666*

**Representing Defendant**

X:\827\16594\JonesCerviceList.doc

Exhibit C
Page 1 of 1