# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARY ALICE JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COSTCO WHOLESALE CORPORATION, )<br>)<br>Defendant )<br>_____ ) | 3:08-cv-00091-TMB |

**ORDER GRANTING REMAND**

Based on the parties filing of the Stipulation To Remand the above captioned to Anchorage Superior Court per their agreement that plaintiff's claims against defendant will not exceed $70,000, it is SO ORDERED.

Dated this 4th day of November, 2008 at Anchorage, Alaska.

/s/ Timothy M. Burgess
U.S. DISTRICT COURT JUDGE
HONORABLE TIMOTHY M. BURGESS